

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT ON REMAND

Robert Rubalcado,           * From the 358th District Court
                                        of Ector County,
                                        Trial Court No. D-36,711.

Vs. No. 11-11-00028-CR           * August 21, 2015

The State of Texas,               * Memorandum Opinion on
                                        Remand by Bailey, J.
                                        (Panel consists of: Wright, C.J.,
                                        Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgments below. Therefore, in accordance with this court's opinion, we reverse the judgments of the trial court and remand this cause to the trial court for a new trial.